## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| FRANCES M. DALE, ) | |
| ) | |
| Plaintiff ) | Case No.: 16-cv-62122 |
| ) | |
| v. ) | |
| ) | |
| PHO BRANDON VIETNANMESE ) | |
| CUISINE INC. d/b/a PHO BRANDON ) | |
| VIETNAMESE CUISINE and ) | |
| UNIVERSITY DRIVE REALTY, LLC., ) | |
| ) | |
| Defendants ) | |
| _____) | |

### NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, FRANCES M. DALE, in accordance with the Court's Local Rule 16-15.7 and the instruction of the Court, Plaintiff hereby submits this Notice of Settlement to Notify the Court that the lawsuit has been settled as to all Defendants, and request ten (14) days in which to execute the settlement agreement and file the dismissal.

Respectfully Submitted,                              Dated:  October 19, 2016

                                                     *s/ Debi Gheorge-Alten*_____
                                                     Debi Gheorge-Alten, Esq.
                                                     Bar Number 123455
                                                     Attorney for Plaintiff
                                                     Debi Gheorge-Alten, P.A.
                                                     E-Mail: daltenlaw@att.net
                                                     P.O. Box 771105
                                                     Coral Springs, FL 33077
                                                     Telephone: (954) 575-9229
                                                     Fax: (954) 575-9339

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/EMCF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| Respectfully Submitted, | Dated:  October 19, 2016 |

*s/ Debi Gheorge-Alten*_____
Debi Gheorge-Alten, Esq.
Bar Number 123455
Attorney for Plaintiff
Debi Gheorge-Alten, P.A.
E-Mail: daltenlaw@att.net
P.O. Box 771105
Coral Springs, FL 33077
Telephone: (954) 575-9229
Fax: (954) 575-9339

Robert T. Slatoff, Esq.
Fl. Bar No. 816116
FRANK, WEINBERG & BLACK, P.L.
Attorneys for Defendant
1875 N.W. Corporate Boulevard, Suite 100
Boca Raton, FL  33431
561-989-0700
rslatoff@fwblaw.net
awallain@fwblaw.net