```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 16-62122-CIV-ZLOCH
```

FRANCES M. DALE,

     Plaintiff,

                                 **FINAL ORDER OF DISMISSAL**

vs.

PHO BRANDON VIETNAMESE CUISINE,
INC., and UNIVERSITY DRIVE
REALTY, LLC,

     Defendants.

_____/

    THIS MATTER is before the Court upon the Voluntary Joint Stipulation Of Dismissal With Prejudice (DE 11) filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Voluntary Joint Stipulation Of Dismissal With Prejudice (DE 11) filed herein by all Parties be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___28th___ day of October, 2016.

                                         */s/ William J. Zloch*
                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

All Counsel of Record